IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DISTRICT

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

v.                    Civil No.        5:07-CV-05180-JLH
                      Criminal No.     5:05-CR-50043-JLH

JOSE CARDONA-SALDANA                                        DEFENDANT/MOVANT

### O R D E R

Movant, a federal prisoner presently housed at the McRae Correctional Facility, McRae Georgia, has filed a Motion Under 28 U.S.C. Section 2255 for review by this court (Doc. 46). Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this October 16, 2007.

/s/ J. Marschewski
James R. Marschewski
United States Magistrate Judge